```
ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555
```

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-16390-A-7F |
| MARIA PERRY, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363 |
| Debtor. | Date: November 24, 2010<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about June 7, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a 2000 Toyota Avalon with an approximate fair market value of $6,700.00 and a 1993 Jeep Cherokee with an approximate fair market value of $1,025.00.

5. The Trustee has received and offer from the debtor, Maria Perry, to purchase the above-described asset for the total sum of $5,000.00. The funds have been received by the estate.

6. In deciding to accept the debtor's proposed offer, the Trustee took into consideration the fair market values of the vehicles, the costs associated with taking possession of, storing, and selling the vehicles at auction, and the debtor's allowed vehicle exemption in the amount of $2,725.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtor, Maria Perry, for the total sum of $5,000.00.

**DATED**: OCTOBER 13, 2010

/S/
ROBERT HAWKINS,
Chapter 7 Trustee